IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| JOHN HALL and CATHIE HALL, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | No. 2:15-cv-594 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>*[Clerk's Action Required]* |

## I. STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs or attorney's fees.

DATED this 9th day of March 2017.

HARPER | HAYES PLLC

By: *s/Todd C. Hayes*
Todd C. Hayes, WSBA No. 26361
*s/Thomas M. Williams*
Thomas M. Williams, WSBA No. 47654
**Email**: todd@harperhayes.com
twilliams@harperhayes.com
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL - 1

**CASE NO. 2:15-cv-594 JLR**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1 DATED this 9th day of March 2017.

2                 BULLIVANT | HOUSER | BAILEY PC

3

4 By: *s/ Michael McCormack*
     Michael McCormack, WSBA #15006
     *s/ Michael Guadagno*

5      Michael Guadagno, WSBA #34633
     *s/Bryana L. Blessinger*

6      Bryana L. Blessinger, WSBA #42308
     **Email**: Michael.mccormack@bullivant.com

7              Michael.guadagno@bullivant.com
             Bryana.blessinger@bullivant.com

8

9 Attorneys for Defendant Encompass Insurance Company of America

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL - 2

**CASE NO. 2:15-cv-594-JLR**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

## II. ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs or attorney's fees.

DATED this 9th day of March, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: *s/Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    *s/Thomas M. Williams*
    Thomas M. Williams, WSBA No. 47654

    Attorneys for Plaintiffs John Hall & Cathie Hall

Approved as form;
Notice or Presentation waived:

BULLIVANT | HOUSER | BAILEY PC

By: *s/Michael McCormack*
    Michael McCormack, WSBA #15006
    *s/Michael Guadagno*
    Michael Guadagno, WSBA #34633
    *s/Bryana L. Blessinger*
    Bryana L. Blessinger, WSBA #42308

    Attorneys for Defendant Encompass Insurance
    Company of America

STIPULATION AND ORDER OF DISMISSAL - 3

**CASE NO. 2:15-cv-594 JLR**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States that on the below date I served this document on the following parties and counsel of record in the manner indicated:

**Attorneys for Encompass Insurance Company of America**

Michael Guadagno
Bryana Blessinger
Michael McCormack
Bullivant Houser Bailey, PC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101

☒ Via USDC CM-ECF system
☐ Via U.S. Mail
☐ Via Messenger
☐ Via email: michael.guadagno@bullivant.com
☐ Via email: bryana.blessinger@bullivant.com
☐ Via email: michael.mccormack@bullivant.com

I further certify that, pursuant to Section III(M) of the *U.S. District Court Amended Electronic Filing Procedures*, I electronically delivered this document in Word format to the following judge's email:

**EMAIL ADDRESS**
Robartorders@wawd.uscourts.gov

DATED *March 9, 2017* in Seattle, Washington.

*/s/ Victoria Heindel*
Victoria Heindel

STIPULATION AND ORDER OF DISMISSAL - 4

**CASE NO. 2:15-cv-594 JLR**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852